UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF KENTUCKY
PIKEVILLE DIVISION

IN RE:

LARRY R. NEWCOMB

CASE NO. 11-70217

DEBTOR

## ORDER REMANDING & STRIKING

The trustee having filed a status report (Document #61) in response to the court's order scheduling status hearing for failure of the trustee to file a final report or account (Document #59), and the court having considered same and being sufficiently advised, IT IS HEREBY ORDERED that the order scheduling status hearing is REMANDED and the hearing scheduled for August 15, 2012, is STRICKEN from the court's docket.

COPIES TO:

Trustee
U.S. Trustee

~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~
*The affixing of this Court's electronic seal below is proof this document has been signed by the Judge and electronically entered by the Clerk in the official record of this case.*



**Signed By:**
*Tracey N. Wise*
**Bankruptcy Judge**
**Dated: Wednesday, August 01, 2012**
**(lbr)**