UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF KENTUCKY
PIKEVILLE DIVISION

IN RE:                                                                CASE NO. 11-70217
                                                                              Chapter 7
LARRY R. NEWCOMB
DEBTOR

TRUSTEE'S CASE UPDATE

\* \* \*   \* \* \*   \* \* \*

Comes the Trustee herein, James R. Westenhoefer and respectfully updates the Court as follows:

## BACKGROUND

1. Two Adversary actions were filed against the debtor, 11-07021, *Flatwoods Mine Supply, Inc. V. Larry Newcomb* and 11-07022, *Samuel Crocker, U.S. Trustee v. Larry Newcomb.*

2. The Court ordered mediation, which was conducted by Judge Scott.

3. A settlement was reached which resolved 11-07021 (Docket Entry #13, filed 12/20/2011) and 11-07022 is being held in abeyance.

Your trustee reports that to date the estate hold $7,767.95, which represents the minimum monthly payments of $750.00 plus some "excess" funds paid in. The house at Shelby Yard, Pike County Kentucky remains unliquidated. We have attempted to get private offers to purchase since it has a relatively low value and public auction sale would seem to be a last option. At the present time, Flatwoods Mine Supply, Inc., the estate's largest creditor is considering whether to make an offer to buy this real estate.

Respectfully submitted,

/s/ James R. Westenhoefer
JAMES R. WESTENHOEFER, TRUSTEE
212 South Third Street
Richmond, KY 40475
Telephone: 859/624-0145